

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00578-CV

**IN THE INTEREST OF V.M.C.G.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00847
Honorable Donna S. Rayes, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because appellants are indigent, no costs are assessed.

SIGNED March 19, 2025.

_____
Lori Massey Brissette, Justice